IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANDRA MEREGILDO**, <br><br> Plaintiff, <br><br> v. <br><br> **SARAH MILLER, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 2:20-cv-2679-KSM** |

## ORDER

**AND NOW**, this 4th day of December, 2020, upon consideration of Plaintiff's Motion for Leave to Serve Process (Doc. No. 19), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that Plaintiff's Motion (Doc. No. 19) is **DENIED without prejudice**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.